In the Matter of MORRIS GREEN, as Executor of HARRIS GOLDSTEIN, Deceased, Appellant, against VETERANS FUNDING CORPORATION, Respondent.—

(Civ. Prac. Act, § 1304.) In any event, however, if the appeal were considered on the merits, the order would be affirmed. Carswell, Johnston, MacCrate and Schmidt, JJ., concur; Nolan, P. J., concurs only in the dismissal of the appeal.

In the Matter of the Arbitration between MARTIN B. KALMAN et al., Respondents, and ROBERT B. LEW, Appellant.—

Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.